ORDERED.

Dated: November 14, 2025

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No.: 8:12-bk-03886-CED |
| | Chapter 11 |
| CC, LLC | |
| *dba* Baymont Inn and Suites, Orlando | |
| Debtor(s). | |
| _____/ | |

## ORDER GRANTING MOTION TO CONTINUE HEARING

**THIS CASE** having come before the Court on Debtor's Motion to Continue Hearing on November 18, 2025 and the Court, having reviewed the Motion, the record in this case, and for the reasons stated in the motion, which shall constitute the decision of the Court, accordingly, it is **ORDERED**:

1

1. The Debtor's Motion is **GRANTED.**

2. The hearing is rescheduled to **December 10, 2025 at 1:30 pm** in Courtroom 9A, 801 N Florida Avenue, Tampa Florida 33602 before Judge Caryl E Delano.

Attorney Edmund Whitson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.